ALBERT H. DATE, Appellant, *v.* THE NEW YORK GLUCOSE COMPANY, Respondent.

*Date* v. *New York Glucose Co.*, 114 App. Div. 789, affirmed.
(Argued October 24, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 5, 1906, which reversed a judgment in favor of

plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused through defendant's negligence.

*Melville G. France* for appellant.

*Frederick Hulse* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.